UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

THOMAS DEAN JENSEN,

         Plaintiff,

vs.

E.K. MCDANIEL, et al.,

         Defendants.

Case No. 3:08-cv-0096-BES-RAM

**ORDER**

    Plaintiff, who is in the custody of the Nevada Department of Corrections, has submitted a "Criminal Complaint." (#1.) He did not pay the required filing fee of $350.00, nor did he submit an application to proceed in Forma Pauperis with a financial certificate and a copy of his inmate account statement, as required by 28 U.S.C. §1915(a)(1) and (2) and Local Rules LSR 1-1 and 1-2.

    IT IS THEREFORE ORDERED that the Clerk of the Court shall send Plaintiff a blank application form for an application to proceed in Forma Pauperis for incarcerated litigants and a blank civil rights complaint form with instructions.

    IT IS FURTHER ORDERED that the action is **DISMISSED** without prejudice for Plaintiff's commencement of a **new** action in which he either pays the filing fee in full or submits a complete Application to Proceed in Forma Pauperis, accompanied by a signed financial certificate and a statement of his inmate account. The Clerk of the Court shall enter judgment accordingly.

    DATED This 28th day of March, 2008.

UNITED STATES DISTRICT JUDGE