AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*   DISTRICT OF   NEVADA

THOMAS DEAN JENSEN,

    Plaintiff,   JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER: **3:08-CV-00096-BES-RAM**

E.K. MCDANIEL, et al.,

    Defendants.

____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** without prejudice for Plaintiff's commencement of a **new** action.

   March 31, 2008                                  **LANCE S. WILSON**
                                                                        Clerk

                                                                       /s/ Pamela McDonald
                                                                         Deputy Clerk